Date: 03/30/11  CK #106   Rec. # 152156   Page:

# DIVIDENDS REMITTED TO THE COURT
Check Number 106 Dated 03/30/11
Case Number 09-12219 - HILLIARD, CHARLENE L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP AS AGENT FOR TARGET** <br> PO Box 248838 <br> Oklahoma City, OK 73124-8838 | 000001 | 1,144.65 | 1.94 |
| **Nordstrom fsb** <br> POB 6566 <br> Englewood, CO 80155 <br> ACCOUNT NO. 7355 | 000002 | 1,370.04 | 2.32 |
| **Cleveland Public Power** <br> P.O. Box 94560 <br> Cleveland, OH 44101-4560 <br> (3-1) unpaid compensation for services performed. <br> (3-1) mlatorre@cpp.org   acct# 247082-62506 & 24708-62505 | 000003 | 347.55 | 0.59 |
| **AMERICAN EXPRESS BANK FSB** <br> C/O BECKET AND LEE LLP <br> POB 3001 <br> MALVERN PA 19355-0701 <br> ACCOUNT NO. 2007 | 000005 | 2,924.58 | 4.96 |
| **Dominion East Ohio** <br> P.O. Box 26666 <br> Attention: System Credit <br> 18th Floor <br> Richmond, VA 23261-6666 <br> (6-1) Gas Bill <br> ACCOUNT NO. 6676 | 000006 | 1,184.07 | 2.01 |
| **FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT** <br> PO Box 248809 <br> Oklahoma City, OK 73124-8809 | 000010 | 135.82 | 0.24 |
| ---------- Remittance Total --------------- | | 7,106.71 | 12.06 |

*Richard Baumgart*
RICHARD A. BAUMGART, Trustee

Printed: 03/30/11 01:22 PM   Ver: 16.01c

09-12219-rb   Doc 72   FILED 04/05/11   ENTERED 04/05/11 14:24:16   Page 1 of 1